UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FERNANDO ESPINOZA-LOPEZ,

      Petitioner,

     v.                             Case No.:  2:26-cv-00620-SPC-NPM

MIAMI ICE FIELD OFFICE
DIRECTOR *et al.*,

      Respondents,

## OPINION AND ORDER

Before the Court is Respondent Warden of Alligator Alcatraz's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 5).  Petitioner Fernando Espinoza-Lopez filed this habeas action to challenge the lawfulness of his detention in Alligator Alcatraz, a state-run facility used to hold immigration detainees.

The warden argues he is not a proper respondent because Immigration and Customs Enforcement and the federal government ultimately control who is detained at Alligator Alcatraz.  The Court disagrees.  As the Supreme Court recognized, "The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'"  *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2244).  While courts have recognized that immigration detainees in state-run

facilities can bring habeas claims against certain federal officials, *see, e.g.,* *Masingene v. Martin*, 424 F. Supp. 3d 1298, 1301 (S.D. Fla. 2020), the immediate custodian is also a proper respondent.

As the immediate custodian of Espinoza-Lopez, the warden is a proper respondent to his habeas petition.  Accordingly, the motion to dismiss (Doc. 5) is **denied.**

**DONE AND ORDERED** in Fort Myers, Florida on March 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

2